UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | 2:13-cr-00017-LDG-PAL |
|---|---|
| Plaintiff, | |
| vs. | **ORDER FOR PLACEMENT IN THE RESIDENTIAL RE-ENTRY CENTER/HALFWAY HOUSE** |
| FREDDIE WHITMORE, | |
| Defendant. | |

Presently before the Court is the matter of *United States v. Freddie Whitmore*, 2:13-cr-00017 (LDG) (PAL).

On May 22, 2014, this Court held a hearing for revocation of supervised release as to Mr. Whitmore. The Court ordered that Mr. Whitmore reside in the residential re-entry center/halfway house for a period of up to six (6) months.

Accordingly,

IT IS HEREBY ORDERED ADJUDGED AND DECREED that defendant Freddie Whitmore reside in a residential re-entry center /halfway house for a period of up to 6 months. It is further ordered that all previous conditions and terms of release will stay in place.

DATED this 22nd day of May, 2014.

*[signature]*
UNITED STATES DISTRICT JUDGE

1