AO 470  (Rev. 01/09)  Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT

## for the

### District of Nevada

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) |
| FREDDIE JOE WHITMORE | ) |
| *Defendant* | ) |

Case No. 2:13-cr-00017-LDG-PAL

FILED

ENTERED

RECEIVED

SERVED ON

COUNSEL/PARTIES OF RECORD

SEP 17 2015

CLERK US DISTRICT COURT

DISTRICT OF NEVADA

BY: _____ DEPUTY

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Lloyd D. George Federal Courthouse 333 Las Vegas Blvd., South Las Vegas, NV 89101 Before the Honorable George Foley, Jr., U.S. Magistrate Judge | Courtroom No.: | 3A |
|---|---|---|---|
| | | Date and Time: | Sept. 18, 2015 at 3:00 p.m. |

**IT IS ORDERED:**  Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer.  The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:   Sept. 17,  2015

_____
*Judge's signature*

GEORGE FOLEY, JR., U.S. Magistrate Judge

_____
*Printed name and title*